# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AUSTIN J. LEISER

NO. 2021 KW 0427

**JUNE 7, 2021**

---

In Re:   Austin J. Leiser, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1587-M-2020.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT